Decided September 15, 2004

## ST. ONGE, STEWART, JOHNSON AND REENS, LLC *v.* MEDIA GROUP, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 88 (AC 24287), is denied.

*Judith Ellenthal,* in support of the petition.

*Douglas S. Skalka* and *Simon I. Allentuch,* in opposition.

Decided September 15, 2004

## JOHN TIMBERS ET AL. *v.* UPDIKE, KELLY AND SPELLACY, P.C., ET AL.

The petition by the plaintiff John Timbers for certification for appeal from the Appellate Court (AC 24488) is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*John Timbers,* in support of the petition.

*Joseph T. Sweeney* and *Kathleen A. St. Onge* and *David M. Sheridan,* in opposition.

Decided September 15, 2004